**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Emilio RANGEL–CORTEZ,**
**Defendant–Appellant.**

**No. 00–10398.**

**D.C. No. CR 00–00307–PGR.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 19, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Emilio Rangel–Cortez appeals his conviction and 61–month sentence following a guilty plea to an illegal reentry after deportation in violation of 8 U.S.C. § 1326. Rangel–Cortez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that she finds no viable issues to raise on Rangel–Cortez's behalf. Rangel–Cortez did not file a pro se supplemental brief.

Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues. Counsel's motion to withdraw is **GRANTED** and the district court's judgement is **AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.